U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 3 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| DAVID M. RATCLIFF | DOCKET NO. 08-cv-427; SEC. P. |
|---|---|
| -vs- | JUDGE DRELL |
| MELISSA HUGHES, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED and DISMISSED WITH PREJUDICE** as prescribed and for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana on this 23rd date of January, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE